UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| MANETIRONY CLERVRAIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 1:22-cv-00082-LEW |
| ) | |
| MATTHEW DUNLAP, *et al.*, ) | |
| ) | |
| Defendants ) | |

### ORDER AFFIRMING RECOMMENDED DECISION AND WARNING PLAINTIFF OF FUTURE FILING RESTRICTIONS

WHEREAS the United States Magistrate Judge filed with the Court his Recommended Decision After Review of Plaintiff's Complaint (ECF No. 14);

WHEREAS the Clerk provided Plaintiff with notice and a copy of the same by mail;

WHEREAS the time within which to file an objection has expired without receipt of an objection from Plaintiff; and

WHEREAS the Magistrate Judge notified Plaintiff that the failure to object would waive his right to de novo review and appeal.

NOW, THEREFORE, it is ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED.

As recommended by the Magistrate Judge, Plaintiff's Complaint is DISMISSED and his several motions are, accordingly, MOOT.

MOREOVER, due to his repeated filing of groundless litigation in this Court and others, Plaintiff is cautioned, pursuant to *Cok v. Family Court of Rhode Island*, 985 F.2d 32 (1st Cir. 1993), that in the event he once more files groundless litigation in this Court a

filing restriction may be imposed against him, which restriction would bar Plaintiff from filing, without advance permission, any other action in this Court.

**SO ORDERED.**

Dated this 6th day of June, 2022.

                                        /s/ Lance E. Walker
                                        UNITED STATES DISTRICT JUDGE