UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| MANETIRONY CLERVRAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22-CV-82-LEW |
| | ) | |
| MATTHEW DUNLAP, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE
<u>AND ENJOINING FURTHER FILINGS</u>**

On July 30, 2024, United States Magistrate Judge John C. Nivison filed with the court, with copies to Plaintiff, his Report and Recommended Decision (ECF No. 18) on Plainttiff's Motion for Relief from Judgment (ECF No. 17). The time within which to file objections expired on August 13, 2024, and no objections have been filed. The Magistrate Judge notified Plaintiff that failure to object would waive the right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED and a *Cok* order is issued barring Manetirony Clervrain from filing, without advance permission, any other action in this Court.

The Clerk of this Court is directed to refuse to receive, file, or docket, without a prior order of this Court, any such paper submitted by or on behalf of Manetirony

Clervrain (other than a timely notice of appeal from this Order to the United States Court of Appeals for the First Circuit).  If Manetirony Clervrain wishes to appeal this Order, he shall file a paper notice of appeal with the Clerk's Office of this Court within the time allowed by the Federal Rules of Appellate Procedure.

The Motion for Relief from Judgment (ECF No. 17) is dismissed.

**SO ORDERED.**

Dated this 28th day of August, 2024.

>                          /s/ Lance E. Walker
>                          Chief U.S. District Judge